IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00506-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIO M. BROWN

    Defendant.

---

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE**

---

    THIS MATTER is before the Court on the report of the probation officer regarding the Petition on Supervised Release filed on November 2, 2007, and the Court now being advised that the defendant's pending charges in El Paso County Combined Court Case No. 2007-CR-1061 were dismissed. Assistant U.S. Attorney Jim Allison has been consulted about this matter and concurs. Accordingly, it is

    ORDERED that the Petition on Supervised Release be dismissed.

    DATED at Denver, Colorado, this __18th__ day of August, 2008.

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK
    Senior U.S. District Judge